

# NUMBER 13-22-00290-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PRESTON MCKAIG WALKINGSTICK,                                    Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

## On appeal from the 377th District Court
## of Victoria County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Contreras and Justices Longoria and Tijerina
## Memorandum Opinion by Justice Tijerina

This cause is before the Court on appellant's waiver of appeal which is now construed as a motion to dismiss this appeal. The motion was signed by both counsel and the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, the motion

to dismiss is granted.

Accordingly, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of July, 2022.

2